IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Criminal Case No.  12-mj-07010-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAMMY L. SEELEY,

Defendant.

ORDER SETTING TRIAL AND MOTIONS HEARING

      It is hereby ORDERED that this matter is set for a two-day Jury Trial beginning on **January 7, 2013, at 8:00 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Provisions of the Local Rules of this Court and of Fed.R.Crim.P.16 shall be followed by the prosecution and the defense.

      It is further ORDERED that any pretrial motions are to be filed with the Clerk of the Court and copied in an email with a Word or Word Perfect attachment, to the chambers of the undersigned magistrate judge at [Watanabe_chambers@cod.uscourts.gov](mailto:Watanabe_chambers@cod.uscourts.gov) on or before **November 16, 2012.**  Responses shall be filed with the Clerk of the Court and copied in an email with a Word or Word Perfect attachment to the chambers of the undersigned magistrate judge on or before **November 30, 2012.**

      It is further ORDERED that a Motions Hearing is set before Magistrate Judge Watanabe, in Courtroom A-502, **December 6, 2012, at 1:30 p.m.**, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

      It is further ORDERED that 30 days before trial, the parties shall notify the magistrate judge's courtroom deputy, Ellen Miller, who may be reached at (303) 335-2101, of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

      It is further ORDERED that five business days prior to the trial:

      1.  The parties shall file their trial briefs, not to exceed ten pages, with the Clerk

of Court **AND** shall provide a copy to the magistrate judge's chambers by email in a Word or Word Perfect attachment; and

It is further ORDERED that each party shall file with the Clerk of the Court and provide the magistrate judge with an original and two copies of the following materials <u>at the beginning</u> of the trial:

1. Witness list in alphabetical order;

2. Exhibit lists:

    a. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

    b. The parties shall meet and exchange their pre-marked exhibits before the beginning of the trial;

    c. The parties shall predetermine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

    d. Each party's original trial exhibits shall be used by the witnesses and two copies of the exhibits shall be provided to the magistrate judge;

    e. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

    f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

3. A list of any objections any party has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is in the Federal Rules of Evidence, the rule number to be cited; if the authority is case law, the Court shall be provided with a copy of the case;

4. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial;

5. A list of stipulated exhibits;

6. A list of stipulated facts;

7. A list of any facts of which a party is asking the Court to take judicial notice;

      8.  A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

      It is FURTHER ORDERED that a Notice of Disposition shall be filed with the Clerk of the Court no later than <u>14 days before the date set for the trial</u>, **AND** a copy shall be provided to the magistrate judge's chambers by email in a Word or Word Perfect attachment.

      SIGNED AND DATED this 16th day of October, 2012

      BY THE COURT:

      s/Michael J. Watanabe

      _____
      MICHAEL J. WATANABE
      U.S. Magistrate Judge