# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

v.

CITATION NUMBER:12-MJ-7010-MJW

TAMMY SEELEY

PHIL OGDEN- APPOINTED
(Defendant's Attorney)

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1301(1)(b) | DRIVING WHILE ABILITY IMPAIRED | 02/07/2012 | 1 |

Defendant sentenced to 2 days jail suspended upon successful completion of 12 months unsupervised probation; Level 1 Education; 24 hours community service with 2 hours through MADD; and a fine of $200/10/25 to be paid by 04/30/2013. The defendant is also ordered to follow the directions on medications as prescribed. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $ 200.00 | $25.00 |

12/19/2012
Date of Imposition of Judgment

Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

1 — 3 — 13
Date